UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
EUGENE DUNCAN, :
:
Plaintiff, :
: 22-CV-132 (VSB)
-against- :
: **ORDER**
:
AERIS HEALTH INC., :
:
Defendant. :
------------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

  It has been reported to the Court that the parties in this case have reached a settlement agreement.  Accordingly, it is hereby:

  ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within thirty (30) days.

SO ORDERED.

Dated: May 9, 2022
   New York, New York

                _____
                Vernon S. Broderick
                United States District Judge